CLARK v. STATE.   (No. 3623.)

(Court of Criminal Appeals of Texas.   June 16, 1915.)

CRIMINAL LAW ⟨key⟩1090—APPEAL—STATEMENT OF FACTS.

Where no statement of facts is filed, and no bill of exceptions is reserved to any proceeding had on the trial, there is nothing for review.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. ⟨key⟩1090.]

Appeal from Harris County Court at Law; C. C. Wren, Judge.

Noble Clark was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J.   When convicted of unlawfully carrying a pistol, appellant gave notice of appeal; but the record was not perfected, for no statement of facts was filed, and no bill of exceptions reserved to any proceeding had on the trial. Under such circumstances there is nothing we can review.

The judgment is affirmed.